IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NIKOLAY PETROVSKIY

          Plaintiff,
-against-

CHICO EXPRESS CAR SERVICE,
CHICO EXPRESS, INC.,
CHICO EXPRESS SERVICE CORP.,
CHICO EXPRESS CORP. 2,
CHICO EXPRESS LIMO, INC.

          Defendants.

Case No.: 1:16-CV-9222-RMB-AMD

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff and their attorneys, along with Defendant and their attorney that the above-entitled action against this Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: 2/7/19

_____
Mikhail Usher, Esq.
USHER LAW GROUP, P.C.
*Attorneys for Plaintiffs*
2711 Harway Avenue
Brooklyn, New York 11214
Telephone: (718) 484-7510
Facsimile: (718) 865-8566
mikeusher@usherlegal.com

Dated: 2/15/2019

_____
Gregory J. Gallo
Law Offices of Gregory J. Gallo P.C.
*Attorney for Defendants*
34-11 Queens Boulevard
Long Island City, NY 11101
Telephone: (718) 729-4700
Facsimile: (718) 709-7033
gregory@gallolaw.org